*232 UPON A REHEARING EN BANC
By opinion dated November 28, 2000, a panel of this Court reversed the judgment of the trial court and remanded this case for a new trial. Powell v. Commonwealth, 34 Va.App. 13, 537 S.E.2d 602 (2000). We stayed the mandate of that decision and granted rehearing en banc. Upon rehearing en banc, we withdraw the opinion previously rendered on November 28, 2000, vacate the mandate entered on that date, reverse the judgment of the trial court, and remand this case to the trial court for a new trial, if the Commonwealth be so advised.
The record before us discloses that the trial court improperly curtailed the presentation of evidence and argument, thereby denying the parties a fair trial and forestalling the ends of justice. We do not address the permissibility of the procedure undertaken by the trial court, because that issue was not raised before the trial court and was not presented or developed by the parties on appeal.